UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                        Case No. 8:01-cr-136-T-24MSS
                                                   8:03-cv-1658-T-24MSS

CORNELIOUS E. CRAWFORD.

_____

O R D E R

The Court denied Defendant's 28 U.S.C. § 2255 motion to vacate and his motion for reconsideration. Subsequently, the United States Court of Appeals for the Eleventh Circuit denied Crawford's motion for a certificate of appealability and motion for leave to proceed in forma pauperis. (Doc. Nos. cv-48, 49)

Crawford then filed a motion for reconsideration of the judgment and commitment order in criminal case 01-c4-136-T-24MSS (Doc. No. cv-51), which the Court denied. (Doc. No. cv-52). Crawford has now filed a Notice of Appeal of that denial.

To the extent necessary under Edwards v. United States, 114 F.3d 1083 (11th Cir. 1997), the Court construes the Notice of Appeal as a request for a certificate of appealability.

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Defendant has failed to meet this standard. Therefore, Defendant has failed

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

to satisfy the <u>Slack</u> test. <u>See</u> <u>also</u>, <u>Franklin v. Hightower</u>, 215 F.3d 1196 (11th Cir. 2000).

 Accordingly, the Court orders:

 That Crawford's construed request for a certificate of appealability (Doc. No. cv-54) is denied.

 ORDERED at Tampa, Florida, on July 22, 2005.

               *Susan C. Bucklew*
               SUSAN C. BUCKLEW
               United States District Judge

AUSA:  W. Stephen Muldrow

Pro Se Litigant:  Cornelious E. Crawford